FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 JAN -8  PM 5: 13

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | Conspiracy to Unlawfully |
| JOHN DI BLASI | ) | Dispense Controlled Substances |
| a/k/a "Dr. Johnny" | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Unlawful Dispensation of |
| | ) | Controlled Substances |
| | ) | (Schedule II and IV) |
| | ) | |
| | ) | 18 U.S.C. § 1035(a)(1) |
| | ) | False Statements Relating to |
| | ) | Health Care Matters |

CR419-0003

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Conspiracy to Unlawfully Dispense*
*Controlled Substances (Oxycodone)*
21 U.S.C. § 846

Beginning on a date at least as early as October 1, 2017, and continuing up to

and including June 2018, the precise dates being unknown, in Chatham County,

within the Southern District of Georgia, and elsewhere, the defendant,

JOHN DI BLASI
a/k/a "Dr. Johnny,"

aided and abetted by others known and unknown, with some joining the conspiracy

earlier and others joining later, did knowingly and intentionally combine, conspire,

confederate and agree together and with each other, and with others known and

unknown, to unlawfully distribute oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2.

## COUNTS TWO THROUGH FIVE

*Unlawful Dispensation of Controlled Substances (Schedules II and IV)*
21 U.S.C. § 841(a)(1)

On or about the dates listed below, in Chatham County, within the Southern District of Georgia, the defendant,

### JOHN DI BLASI,
### a/k/a "Dr. Johnny,"

who at all times herein mentioned was a medical doctor licensed by the State of Georgia and registered by the United States, aided and abetted by others known and unknown, did knowingly and intentionally dispense and caused to be dispensed, the controlled substances listed below to the patients listed below, by issuing a prescription not for a legitimate medical purpose and not in the usual course of professional practice. All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2:

| Count | Patient | Date | Controlled Substance | Quantity | Schedule |
|---|---|---|---|---|---|
| 2 | T.Y. | Jan 7, 2017 | Phentermine 37.5 MG | 30 | IV |
| 3 | T.Y. | Feb 5, 2017 | Phentermine 37.5 MG | 30 | IV |
| 4 | D.B. | Feb 5, 2017 | Phentermine 37.5 MG | 30 | IV |

2

| Count | Patient | Date | Controlled Substance | Quantity | Schedule |
|-------|---------|------|----------------------|----------|----------|
| 5 | J.O. | May 27, 2017 | Adderall (Amphetamine) 30 MG | 60 | II |

## COUNTS SIX THROUGH NINE
*False Statements Relating to Health Care Matters*
18 U.S.C. § 1035(a)(1)

On the dates listed below, in the Southern District of Georgia, and elsewhere, the defendant,

### JOHN DI BLASI,
### a/k/a "Dr. Johnny,"

did knowingly and willfully falsify, conceal, and cover up by a trick, scheme, and device a material fact, that is, that the prescriptions listed below were issued not for a legitimate medical purpose and not in the usual course of professional practice, and did so in connection with the delivery of and payment for health care benefits, items, and services involving a health care benefit program as defined in 18 U.S.C. § 24(b). All in violation of Title 18, United States Code, Section 1035(a)(1):

| Count | Patient | Date | Controlled Substance | Quantity | Schedule |
|-------|---------|------|----------------------|----------|----------|
| 6 | T.Y. | Jan 7, 2017 | Phentermine 37.5 MG | 30 | IV |
| 7 | T.Y. | Feb 5, 2017 | Phentermine 37.5 MG | 30 | IV |
| 8 | D.B. | Feb 5, 2017 | Phentermine 37.5 MG | 30 | IV |
| 9 | J.O. | May 27, 2017 | Adderall (Amphetamine) 30 MG | 60 | II |

Foreperson

David H. Estes
First Assistant United States Attorney

Matthew A. Josephson
Assistant United States Attorney
*Lead Counsel

Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

J. Thomas Clarkson
Assistant United States Attorney
*Co-lead Counsel

4