IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DIBLASI,<br><br>Defendant. | CRIMINAL ACTION NO.: 4:19CR03 |

## ORDER

This matter is before the Court on the Motion for Leave of Absence by Paul Mooney counsel for Defendant John DiBlasi, for the dates of May 31, 2019 through and including June 10, 2019 and August 26, 2019 through and including September 6, 2019. (Doc. 19.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 11th day of April, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA