4/25/19

Your Honor,

Every single day since I was arrested and subsequently incarcerated at the facilities that have housed me, I've asked God to grant me the serenity to accept the things I cannot change, the courage to change the things I can, and the wisdom to know the difference... This "Serenity Prayer" has helped me reflect on life's wrongdoings and also on life's "right-doings"... Today you sentence me based on my wrongdoings, for which I'm very regretful... I pray you'll continue to be fair and merciful in your judgment, not just for my fate, but in fairness to my amazing, faithful, and selfless wife. She has prayed for me continuously; my case before you was an answer to those prayers, providing a necessary change, a vital stop to my ill health, to my active alcoholism and recent abuse of cocaine. I also must thank you and the prosecution, law enforcement, and even my patients for helping these necessary pieces of the puzzle to come together for me to find sanity and sobriety. I pray my sentence can include treatment and an opportunity to redeem life's "right-doings" with your fairness allowing a safe return to my wife and family. Thank you for the opportunity to address you and the court... As I close with a scripture from the Apostle Paul to the Galatians...

"Living in Faith will help me with the obedience to the Law."
Gal. 3:21

Respectfully,

[signature] DO

D-CT1-A



Dear

I first became acquainted with the DiBlasi family in the mid 1980's. I was involved in many organizations and functions in the community that John and Nancy DiBlasi (Dr. John DiBlasi's parents), were involved in. Their commitment to their family and their community was impressive and inspiring. Their family is a close knit family sharing and portraying the positive values of hard work, honesty, loving relationships and support for each other and those they interacted with in the community.

I always found Dr. John DiBlasi, even before he was a doctor, to be a level headed, positive thinking young man who had a strong and detailed vision of his future and his goals. John was a young entreprenaur, starting his own businesses and growing them into successful endeavors. He would add on additional endeavors as time and resources would allow.

In my experiences with Dr. DiBlasi, I have never seen or heard of him dealing with anyone other with honesty and in a manner that was in their best interest.

He has a strong sense of patriotism to our country and his God. He followed his uncle Frank DiBlasi, a decorated WWII veteran, in a pursuing a career in the U.S. Navy where he became a doctor in the pursuit of helping others and honoring his uncle's legacy of service.

My only offering to this very unfortunate situation Dr. DiBlasi is dealing with at this time, is my knowledge and belief that he, along with his family, are at the core, good, decent, honest and patriotic individuals that strive to only do the best they can for themselves and each other and their community.

I would ask that you take these very commendable attributes of Dr. DiBlasi and his family into consideration as this unfortunate situation moves forward. I ask that you have mercy and compassion for Dr. Diblasi, his family and his future. I firmly and completely believe that Dr. Diblasi has much to offer humanity in strengthening and positively affecting their lives and futures as well as being a strong and positive element in the future of our country.

Submitted respectfully,

Richard A. Manzone

D-CT1-B

May 8, 2019

Honorable R. Stan Baker

Dear Judge Baker,

When I first heard the news about Dr John James DiBlasi I was shocked! You see your Honor, as Johnny's cousin, I have known him all of his life. I am about 15 years his senior so I have personally watched him grow up. I have always known cousin Johnny to be an exemplary individual. Not only was he an outstanding student academically and athletically he was always well liked by family and friends for his zest for life and high regard for others. It didn't matter what race, gender or economic status Johnny always treated others with dignity and respect.

When he told me that he was going back to medical school to become a doctor somewhat later in life I was not surprised because, like me, he always had a heart for people and service to them. He persisted through many challenges but graduated in due time. Yes, I understand that he made some bad choices as a doctor but I also understand that many people have been helped tremendously by him.

I remember having a conversation with Johnny after 911. He was very concerned about what happened and how it might shape our country and it's citizens so much so that he decided to join the Reserves. It wasn't a huge step but it was something that he could do to help and as selfless acts often do, it turned out to be a good life decision. This decision helped provide the way that lead to his career as an Osteopath. It also as gave him the opportunity to work recruiting Navy Seals as well as to give back and serve in the honor guard. From a kid who grew up on a country farm to a doctor. Not too bad.

Both Johnny and I have a cousin who is a Free Mason and because of him Johnny became one also. Johnny is now an active Mason at the Rebault Lodge #272 in Jacksonville, FL. I know that through the Lodge Johnny has done a large amount of community work and because of Johnny's testimony and sponsorship I also became a Free Mason.

The point I am trying to make is that Dr John James DiBlasi always strives to be a better person and to make others around him better people too. Because of this Your Honor I ask that you might take this into consideration and be lenient on him in this matter.

Thank you for your consideration.

Respectfully,
Rev Timothy DiBlasi

D-CT1-C



Dr. Blanche Jamila McCreary

Commerce, Ga. 30529

May 8, 2019

Attention: Honorable Stan Baker,

I am writing this letter as a character reference for Dr. Johnny Di Blasi. I have known Dr Di Blasi for over eight years. He is a compassionate giving and caring individual.  Dr Johnny has served on the advisory board for The Daisy House since its inception in 2017.   The Daisy House is a dba of Edmunds Programs For Human Services Inc.

We serve women and girls who suffer from traumatic experiences of sexual and physical abuse. It has been through Dr. Johnny's continual commitment to serve the population that The Daisy House caters to through free medical services as well as financially making it possible for under privilege children to attend summer camp at Lake Aura Christian Camp in Lake Wales, Fl. during the summer "totally" free of charge.

Free transportation  from Georgia to Florida and back, food, lodging, and the entire camp program for those who were age appropriate, which also included spending money for each participant.

Last year we were able to sponsor 12 young people both girls and boys for camp.  ( To see pictures of the kids at camp please visit our website ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ )

The camping experience allowed the young people the opportunity for the first time to go outside of their local communities, and travel beyond the state of Georgia. I can tell you from having firsthand experiences with Dr. Johnny over the years that he is not the person whom the Criminal justice System says that he is.

D-CT1-D-01



**Dr. Blanche Jamila McCreary**

**Commerce, Ga. 30529**

May 8, 2019

Camping is not the only part of our program that he supports. He is active throughout the year in almost all of the things we do for and in the community. At Thanksgiving and Christmas time, he is devoted to making sure that our senior citizens and children are provided for with donations of food and gifts. Dr Johnny gives of himself his money and his time because it is his passion to serve others; especially the broken hearted the sick, and the underprivileged. He is so giving sometimes to a fault, but charge it to his head and not his heart. Dr. Johnny over the years has proven to be a loyal and trust worthy friend to me, The Daisy House, and the Jackson County community at large.

I am not sure if this is politically correct however, on the behalf of The Daisy House and all those we serve we plead for mercy, forgiveness, and leniency when you consider sentencing for Dr. Johnny James Di Blasi. I was not asked by anyone to petition the court on Dr. Johnny's behalf however, I feel that I would be remiss if I did not attempt to advocate for him as he has for countless others.  Your Honor, if this petition is inappropriate I mean no disrespect to the court and I ask to be forgiven this time.

Please note that the words of admiration here comes from my heart and they are words expressed with the sentiment of those within the human service community that are not privileged to address the court on Dr. Johnny's behalf.  Again, I would like to convey to the court that perhaps he did that which he is charged with but please know that is not who he really is.

Thank you, Your Honor for your time and consideration regarding this case.

Dr. Blanche McCreary CEO, Edmunds Programs For Human Services Inc.

 dba The Daisy House

D-CT1-D-02