John James Di Blasi
Register No. 17915-104
Federal Correctional Complex - Low
P.O. Box 1031
Coleman, Florida 33521

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA, )
        Plaintiff, )
         )   No. 19-CR-00003
v. )
         )
JOHN JAMES DI BLASI, )
        Defendant. )
         )

### DEFENDANT DI BLASI'S MOTION FOR RETURN OF PROPERTY PURSUANT TO RULE 41(g) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Defendant John Di Blasi hereby moves this Court for an Order that all of the property seized from both him and his former clinic be returned now that his criminal case has completed. Defendant makes this request pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure. In Support of this motion, Di Blasi states:

1. Dr. Di Blasi is the owner of the property seized from his medical clinic in Pooler, Georgia and taken from his person upon his arrest at Miami International Airport. Agents from the DEA took possession of Di Blasi's property. It is Defendant's understanding that DEA Special Agent Eric Kruger was the Case Agent and served as the lead investigator for the government.

1.

2. The property listed in Exhibit A was seized from the Defendant's business on June 28, 2018. The business was known as **LifeStream Medical Spa & Wellness Center.** The business was located at 114 Canal Street (Suite 701), Pooler, Georgia.

3. The property listed in Exhibit B was taken from the Defendant on December 24, 2018 upon his arrest at Miami International Airport.

4. Defendant was indicted in January, 2019, for conspiracy to unlawfully distribute oxycodone in violation of 21 U.S.C. § 846. Defendant pleaded guilty and, in June 2019, was sentenced to a term of thirty-three months in federal prison. Defendant did not file a Notice of Appeal and his case is, therefore, final.

5. Thus, pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure, Defendant now seeks the return of the property taken from his business and person as identified in Exhibits A and B and expressly incorporated herein.

6. Defendant is scheduled to transfer to a half-way house in December of 2020 and requests that all of his property be sent to his release address at his parents' home located at the following address: 4325 Woodside Road, Lawtons, New York 14091-9616.

## CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this Court find that his criminal case is final and that he is entitled to have his property returned now that his case is complete.

Dated: March 30, 2020

Respectfully submitted,

John James Di Blasi
Register No. 17915-104

2.

EXHIBIT A

EXHIBIT A

The following items were seized from Dr. Di Blasi's medical clinic located at 114 Canal Street, Suite 701, Pooler, Georgia:

- Clover Merchant Services Unit Touchpad
- HP Desktop Computer Tower
- ASUS Tablet (Computer)
- Cellular Phone
- Misc. Patient Files / Office Records
- Contents of Safe / Lockbox / Desk Drawers (with the exception of medications)
- Any other items seized and listed in the evidence/property log signed by DEA Special Agent Eric Kruger

EXHIBIT B

EXHIBIT B

The following items were taken from Dr. Di Blasi at Miami International Airport on December 24, 2018:

- 3 Suitcases (clothing/personal effects)
- 1 Dufflebag (clothing/medical supplies)
- 1 Rolling Carry-On Bag (containing HP Laptop Computer, Apple Ipad, misc. valuables including Bulova watch, Gucci watch, Movado watch, Rolex watch, wedding band, et cetera)
- 1 Stetson Cowboy Hat
- 1 Suede Leather Sportscoat
- 1 Custom Gold watch with Free Mason logo
- 1 Apple Iphone w/ wallet case
- 2 Forms of Identification (GA Drivers License and U.S. Passport)
- 1 Leather Belt with Gold Buckle
- Cash in the approximate amount of $7,800
- Any other items seized by arresting agents from Di Blasi at Miami International Airport prior to transport to FDC Miami

CERTIFICATE OF SERVICE

I hereby certify that on this, March 30, 2020, a true and correct copy of the Defendant's **Motion for Return of Property** was served on the following counsel for the government via first-class mail, postage prepaid:

>Matthew Josephson
>Assistant U.S. Attorney
>Office of U.S. Attorney
>125 Bull Street
>Savannah, GA 31405

I declare the foregoing is true under penalty of perjury.

*John James Di Blasi*
John James Di Blasi

John James Di Blasi
Register No. 17915-104
Federal Correctional Complex - Low
P.O. Box 1031
Coleman, Florida 33521


March 30, 2020


Clerk of Court
United States District Court
Southern District of Georgia
125 Bull Street
Savannah, GA 31405

    Re:  United States v. John James Di Blasi, No. 19-CR-00003

    Re:  Motion for Return of Property (Rule 41(g), F. R. Crim. P.)


Dear Clerk of Court:

    Enclosed please find a Motion for Return of Property that I am filing pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure. Please file the motion in the above-entitled matter.

    Thank you for your time and assistance in this matter.


*/s/ John J. Di Blasi*
John James Di Blasi

John James Di Blasi
Register No. 17915-104
Federal Correctional Complex - Low
P.O. Box 1031
Coleman, Florida 33521

Unit A-2



TUE 31 MAR 2020 PM

CLERK OF COURT
United States District Court
Southern District of Georgia
125 Bull Street
Savannah, GA 31405