UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 419-3 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DI BLASI | ) | |
| | ) | |

### GOVERNMENT'S SECOND RESPONSE TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY

The United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, hereby provides an additional response to Defendant John Di Blasi's Motion for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(g).  (ECF No. 36, 37.)

1. Defendant John Di Blasi previously filed a motion for return of property pursuant to Federal Rule of Criminal Procedure 41(g). (ECF No. 36, 37.)

2. On June 10, 2020, the Government filed an initial response to Defendant's motion.  (ECF No. 38.)  The Government provided notice to the Court and the Defendant that the Government could return certain electronic devices in its possession to Defendant.  The Government also explained that it cannot return other property listed in Defendant's motion because the property has been either returned to Defendant's wife, or the property has been lawfully destroyed pursuant to DEA's evidence policy and protocol.  The Government further explained that, to release the electronic devices noted in Defendant's motion, Defendant would need to fill out all necessary paperwork and make arrangements for taking custody of these

items. The Government could not mail these items to any unverified residential address.

3. On July 22, 2020, the Government released the seized electronic devices to the Defendant through in-person transfer at the DEA Office in Buffalo, New York. Specifically, the Government transferred the following electronic devices to Defendant: (1) Clover Station Tablet (S/N C0104Q64210178) (DEA N-16); (2) Dell Computer Tower with power cord, Model D15M, CN-079V5-1-7 (DEA N-14); (3) Asus Google Chromebook (S/N F7NLCX07476S29F) (DEA N-15); (4) ZTE Flip Cellphone with power cord (S/N 329F66043C77) (DEA N-13); (5) white Apple IPhone with charging block, black cell phone cord (N-36); and (6) black flash drive located in black business bag (N-37).

4. The Government has now returned the electronic devices to Defendant, and explained that all other property has either been returned to Defendant's wife or lawfully destroyed pursuant to DEA's evidence policy and protocol.

5. Accordingly, the Government requests that the Court deny as moot Defendant's motion for return of property. The subject property has either been returned to Defendant or is no longer in the possession of the Government. Judicial relief is no longer necessary or available regarding the return of property pursuant to Federal Rule of Criminal Procedure 41(g).

                              Respectfully submitted,

                              BOBBY L. CHRISTINE
                              UNITED STATES ATTORNEY

***/s/ Matthew A. Josephson***
Assistant United States Attorney
Georgia Bar No. 367216

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney certifies that a copy of this Motion has been filed on ECF and delivered to the defendant at his requested address of 4325 Woodside Road, Lawtons, NY 14091-9616.  The undersigned also has emailed a copy of this filing to the attorney of record for Defendant's criminal case.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Matthew A. Josephson*
Matthew A. Josephson
Assistant United States Attorney
Georgia Bar No. 367216
Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422
