IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 NOV 10  AM 9:58
CLERK _____
SO. DIST. OF GA.

**United States of America**

v.                                                                                   CASE NO: 4:19-cr-3

**Dr. Johnny J. Di Blasi**
a/k/a "Dr. Johnny"

**Reply to Government Response to the order dated 10/16/2020 (Doc 42)**

The motion for the return of property was **absolutely and illegitimately** considered "moot," as the property requested was not completely returned. The following electronic and miscellaneous items LISTED IN Attachment #1 were returned by way of the Buffalo DEA: 1ZTE cell phone, one Dell computer, one Google Chromebook, one clover station tablet, one white iPhone, and one black flash drive.

The items **not** returned are listed attached on the original receipt of items seized by the Miami federal DEA agents special agent Maria Vassallo and special agent Gus Sachetti on Attachments #2 and #3. The government claimed to have returned these particular items of significant personal value to my wife, Florence Melissa Rutland, however these items were not documented as returned nor was she given permission to receive these items. In fact, Special Agent Eric Kruger was in the process of manipulating my case details and taking a derogatory untruthful statement from my wife at the time these items were allegedly given to her. The government is currently responsible for these missing items which have never been returned to me by either the special agents who had custody of these items upon my arrest or the alleged transfer to Florence Melissa Rutland, who claims to not have the items, including a large sum of U.S. currency and valuable watches.

**DAMAGE CAUSED BY GOVERNMENT MANIPULATION**

It is my belief that Florence Melissa Rutland was illegally coerced by DEA agents to testify against me to disparage me for the advantage of the court in my case. She was given the opportunity to steal all personal property from me. In fact, while I was illegally incarcerated without bond by your court order, everything I owned in my household was either stolen or disposed of, including the equity value of my home in excess of $200,000. The contents/items in my home were insured for the amount of $300,000. Because the house was occupied by my estranged wife, she prevented real estate agents (under contract) from entering my home. As a result of the cooperative actions of agents and the court, my home was prevented from being legally sold and eventually forced into foreclosure in a VA guaranteed mortgage. The details of this issue will need to be handled in civil court at a future date, to include all parties responsible, including all federal agencies involved.

This significant loss has caused irrevocable damage partially at the fault of the government.

Florence Melissa Rutland, Edwin Hamilton, and others entered my clinic properties and household and stole thousands of dollars worth of medical equipment and all my personal property. I believe a significant con was committed against me with the government's cooperation, and this occurred while I was incarcerated without resources or communication. I am holding the government responsible for its role and I am researching all options for civil litigation.

Edwin Hamilton and Mark A. Churchman were both specifically identified as individuals who entered my home and stole specific items of high value. Their crimes would constitute multiple counts of Larceny by Conversion and they should be held accountable and arrested.

The government took statements from these two Individuals in its successful journey in disparaging me and eventually bringing all the false charges against me that led to a coerced plea agreement. This is worth repeating… During my incarceration, I was coerced into surrendering my medical license and accepting a plea to a felony thus sentenced 33 months, which was below the extremely inflated sentencing guidelines for the fake charges placed against me. I now enter the final few months of my incarceration in the form of home confinement, and will seek legal justice against those responsible for the crimes committed against me, my practice, and my patients.

I filed a local police report upon discovering the multiple thefts, as well as a claim with my homeowners' insurance policy. The insurance carrier (USAA) denied my claim on the basis that my wife was in charge of my personal property.

## MOTION to REMOVE DOJ Website LIES and FAKE NEWS

It was also discovered that during my incarceration, fake media news outlets (online and in print) as well as the Department of Justice website published multiple lies and fake news about my case. They used creative language to disparage and discredit me as a physician. Among many lies, they even stated that I attempted to flee prosecution, when this is simply not a provable fact.

This information on the DOJ website **must be removed** by a lawful court order. The damages are so immense that my litigating capabilities against the government and others will surmount huge damages. In order to avoid this process, I would ask the court to order a removal of all content regarding my case from the DOJ website as well as other media outlets such as WTOC in Savannah, GA and allongeorgia.com, as well as all others who helped agencies pat themselves on the back for their big doctor bust, even as inaccurate a lie it was to the general public.

## JUSTIFICATION FOR RELEASE REQUEST

I would also ask for a release upon the exhaustion of administrative remedies within the BOP. If the BOP does not grant my release, I would ask the court to consider time served and end my entire sentence to include probation terms.

Finally, I vehemently deny the courts contention that I have served only a small part of a 33 month sentence. The court is both fundamentally and mathematically incorrect in this statement. I served 15 months incarcerated, including seven months in a high security county jail in a non-segregated population of serious offending criminals. Then I served eight months at Coleman Low Federal Correctional Complex, which was one full security level above that which the judge recommended. I was

supposed to go to a Camp not a Low, but due to a clerical error on the part of the BOP, I served at the higher security level.

Errors in Document 42 alleging that I only served a small part of my sentence should be considered for correction by the facts above. A little more than 5 months remain on my 33 months sentence with the Bureau of Prisons Home Confinement Program, and I have successfully completed a great number of rehabilitative and re-entry programs, including the teaching of programs to fellow inmates.

I shall request from the BOP all administrative remedies possible for my early release from confinement and probation. Certainly if exhausted, I will address this court for a commutation and release for my sentence, and I believe with very just cause.

### Complaint Against Special Agent Eric Kruger and others

Complaints have been filed with the Office of Inspector General against Special Agent Eric Kruger, and we have been referred to the Drug Enforcement Administration Office of Professional Responsibility for the misbehavior of this special agent in all manners regarding the investigation, the defamation of my practice, and in the mishandling of all my property. Illegal use of the Controlled Substance Act and manipulation of the Converted Drug Weight form a significant basis for my upcoming complaints that shall be filed with the proper authorities. As of this writing, I await their effective response.
See Attachment #4.

### CONCLUSION

Thank you for your consideration in this matter and my reasonable response to the denial of my released from custody and the denial for the return of my property that was seized by the government. I look forward to the court's response to my losses and the responsibility of the court in remedying such.

Signed _[signature]_         Date: November 1, 2020

Dr. Johnny J. Di Blasi

**ATTACHMENT #1**

Case 4:19-cr-00003-RSB-CLR   Document 43   Filed 11/10/20   Page 4 of 7

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable): SA Anthony Casullo

FILE NO.:
G-DEP IDENTIFIER:
FILE TITLE:
DATE: 7/22/20

DIVISION/DISTRICT OFFICE: BRO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | ZTE cellphone | Return to |
| 1 | Dell computer | owner |
| 1 | Google Chromebook | |
| 1 | Clover station tablet | |
| 1 | White iPhone | |
| 1 | black flashdrive | |

RECEIVED BY (Signature)
WITNESSED BY (Signature)

FORM DEA-12 (8-02) Previous editions obsolete

---

Evidence tag:

U.S. Department of Justice — Drug Enforcement Administration
**evidence**

Case No. G9-18-2054
Exhibit: N-14
Acquired By: SA Eric Kruger
Location: Pooler, GA
Date: 6-28-18
Sealed By: SA Eric Kruger
Witness By: TFO Hardy
Lab No.:
Date Opened:
Gross Wt. After Analysis:
Resealed:

9

**ATTACHMENT #2**

## U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
### RECEIPT FOR CASH OR OTHER ITEMS

Title, Address (including ZIP CODE), if applicable: John Di Blasi

FILE NO.:

G-DEP IDENTIFIER:

FILE TITLE:

DATE: 12-24-18

DISTRICT OFFICE: MFD

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | One silver & black hard suitcase | Personal |
| 1 | Black soft suitcase with red tag | Personal belongings |
| 1 | Black duffel bag with white letters | Personal |
| 1 | grey/olive carry on | Personal |

Nothing Follows

BY (Signature): M Vasallo
NAME AND TITLE (Print or Type): SA Maria Vasallo

D BY (Signature):
NAME AND TITLE (Print or Type): SA Gus Sachetti

-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

**ATTACHMENT #3**

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
John Di Blasi
[signature] 12/24/18

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 12-24-18

**DIVISION/DISTRICT OFFICE**
Miami FD

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Gucci silver watch | Personal belongings |
| 1 | coin - navy - | |
| 1 | ring - gold - class | |
| 1 | sticky pad | |
| 1 | chip stick | |
| 1 | rope rosary | |
| 1 | black belt | Sealed in bag |
| - | undetermined amount of U.S. currency | |
| 1 | U.S. passport | |
| 1 | brown notepad | |
| 1 | brown hat | |
| 1 | brown jacket | |
|  | Nothing to follow | |

**RECEIVED BY (Signature)** [signature]

**NAME AND TITLE (Print or Type)**
SA Irving Mors

**WITNESSED BY (Signature)** [signature]

**NAME AND TITLE (Print or Type)**
SA Marco Vasallo

FORM DEA-12 (8-02) *Previous editions obsolete*     Electronic Form Version Designed in JetForm 5.2 Version



ATTACHMENT #4

DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL

October 20, 2020

Johnny James Di Blasi, MD
escapingdiversion@hotmail.com

Dear Dr. Di Blasi:

Thank you for your correspondence dated October 9, 2020. The U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs and operations. After reviewing your complaint, we have determined that the matters that you raised are more appropriate for review by another office within the DOJ. Therefore, we have forwarded your correspondence to:

> Drug Enforcement Administration
> Office of Professional Responsibility
> 8701 Morrissette Drive
> Springfield, VA 22152
> Telephone Number: (202) 307-1000

Please direct any further correspondence regarding this matter to that office.

Of course, if you have information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,

Office of the Inspector General
Investigations Division

950 Pennsylvania Avenue, NW, Washington, DC 20530-0001