# EXHIBIT 1

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 3

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: Otilio R Rivera, TFO<br>At: SAVANNAH, GA RESIDENT OFFICE | ☐<br>☐<br>☐<br>☐<br>☐ | | 6. File Title<br>██ ████████ ████ | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared<br>01-21-2019 | |
| 9. Other Officers: SA Irving Mera | | | | |
| 10. Report Re: Federal Search Warrant at 2100 NW 42nd Ave, Miami, Florida 33126 and the Acquisition of Exhibits N-36 thru N-38 on January 14, 2019 ██████ | | | | |

### SYNOPSIS

On January 14, 2019, TFO Otilio R. Rivera, of the DEA Savannah RO TDS group, and investigators from the DEA Miami Airport Group executed a federal search warrant on Dr. John DI BLASI'S luggage, at 2100 NW 42nd Ave, Miami, Florida 33126. During the execution of the search warrant, Exhibits N-36 through N-38 were seized and processed as evidence.

### DETAILS

1. On January 14, 2019, at approximately 10:30 a.m., TFO Otilio R. Rivera obtained a federal search warrant in the Southern District of Florida for John DI BlASI's luggage. DI BlASI's luggage was seized following his federal arrest by Miami DEA agents on December 24, 2018, at the Miami International Airport, at 2100 NW 42nd Ave, Miami, Florida 33126.

2. That same day, TFO Rivera met with DEA Special Agent Irving Mera (DEA Miami Field Division/Airport Group) at the DEA Miami Airport Office. SA Mera removed (4) bags of luggage from the temporary storage. Following this, TFO Rivera executed the search warrant on the luggage and the following items were located and seized:

-Exhibit N-36: White I-Phone with charging block, black cell phone cord and black cell phone case located in bag 1 black/gray business bag front pocket.



| 11. Distribution:<br>Division ████ ██ ████████ █<br><br>District<br><br>Other ██████ ██ | 12. Signature (Agent)<br>/s/ Otilio R Rivera, TFO | 13. Date<br>01-18-2019 |
|---|---|---|
| | 14. Approved (Name and Title)<br>/s/ James V Winn, GS | 15. Date<br>01-24-2019 |

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No.<br>▆▆▆▆▆▆▆ | 2. G-DEP Identifier<br>▆▆▆▆ |
| | 3. File Title<br>▆▆ ▆▆ ▆▆▆ | |
| 4.<br>Page **2** of **3** | | |
| 5. Program Code | 6. Date Prepared<br>01-21-2019 | |

-Exhibit N-37: black flash drive located in bag 1 black/gray business bag front pocket.

-Exhibit N-38: assorted documents found in bag (2)(black karate bag).

3. At the completion of the search warrant, TFO Rivera made a copy of the search warrant and a DEA-12 describing the items seized to give to DI BLASI's attorney. Also, on this day, SA Mera placed the exhibits and the luggage back into temporary storage at the DEA Miami Airport Office. Later, this same day, TFO Rivera filed the return for the search warrant back to the Southern District of Florida court.

4. On January 16, 2019, TFO Rivera removed Exhibits N-36 through N-38 and DI BLASI'S remaining luggage from the temporary non-drug locker, as witnessed by SA Maria Vasallo, for transport to the DEA Savannah RO. The aforementioned exhibits remained in the care and custody of TFO Rivera and were transported to Chatham County Narcotics Team office at 71 Ross Road, Savannah, Georgia 31405.

5. On January 17, 2019, TFO Rivera, as witnessed by CNT Property Room Manager David Dixon, removed the exhibits from CNT and transported the exhibits, this same day, to the DEA Savannah RO. Upon arrival at the Savannah RO, TFO Rivera, as witnessed by SA Kruger, processed the exhibits and relinquished custody of the exhibits to the DEA Savannah RO Non-Drug Evidence Custodian (NDEC) for storage and safekeeping.

6. On January 18, 2019, TFO Rivera relinquished DI BLASI's luggage, personal belongings (US Currency, watch and assorted documents - see attached DEA-12) to his wife Melissa DI BLASI at Chatham County Narcotics Team office at 71 Ross Road, Savannah, Georgia 31405. TFO Rivera had Mrs. DI BLASI sign the DEA-12 showing the following items listed were relinquished to her. TFO Rivera provided Mrs. DI BLASI with a copy of the DEA-12.

**ATTACHMENTS**

1. Federal Search Warrant (see attached)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** | 1. File No. ▮▮▮▮▮▮▮ | 2. G-DEP Identifier ▮▮▮▮ |
|---|---|---|
| *(Continuation)* | 3. File Title ▮ ▮▮▮ ▮▮▮ | |

| 4.<br>Page  3  of  3 | | |
|---|---|---|
| 5. Program Code | 6. Date Prepared<br>01-21-2019 | |

2. DEA-12 (see attached)

## CUSTODY OF EVIDENCE

On January 14, 2019, N-36 through N-38 were seized by TFO Otilio R.
Rivera, witnessed by SA  Irving Mera of the DEA Miami Field Office at the
Miami International Airport. TFO Rivera logged the exhibits into temporary
non-drug storage room, as witness by SA Irving Mera, for temporary
storage. On January 16, 2019, TFO Rivera removed N-36 through N-38 from
the temporary non-drug locker, as witnessed by SA Maria Vasallo, for
transport to the DEA Savannah RO. The aforementioned exhibits remained in
the care and custody of TFO Rivera and were transported to Chatham County
Narcotics Team office at 71 Ross Road, Savannah, Georgia 31405. This same
day and were placed into temporary storage at 11. On January 17, 2019, TFO
Rivera, as witnessed by CNT Property Room Manager David Dixon, removed the
exhibits from CNT and transported the exhibits, this same day, to the DEA
Savannah RO. Upon arrival at the Savannah RO, TFO Rivera, as witnessed by
SA Kruger, processed the exhibits and relinquished custody of the exhibits
to the DEA Savannah RO Non-Drug Evidence Custodian (NDEC) for storage and
safekeeping.

## INDEXING

1. DI BLASI, John D.O. - ▮▮▮▮▮▮▮▮.

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.