# EXHIBIT 2

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | | | Page 1 of 3 | |
|---|---|---|---|---|---|

| 1. Program Code | 2. Cross File | Related Files | 3. File No. ▮▮▮▮▮ | 4. G-DEP Identifier ▮▮▮ |
|---|---|---|---|---|

| 5. By: Eric W Kruger, SA | ☐ ☐ ☐ ☐ ☐ | 6. File Title ▮ ▮▮▮▮ ▮▮▮ |
|---|---|---|
| At: SAVANNAH, GA RESIDENT OFFICE | | |

| 7. ☐ Closed   ☐ Requested Action Completed   ☐ Action Requested By: | 8. Date Prepared 11-23-2020 |
|---|---|

9. Other Officers: TFO Otilio Rivera and TFO Shawn Fields

10. Report Re: Interview of Melissa RUTLAND-DIBLASI on 11/23/20.

## DETAILS

1. On November 23, 2020, at approximately 11:22 a.m., SA Eric Kruger, as witnessed by TFO Otilio Rivera made telephonic contact with Melissa Rutland-DiBlasi at telephone number 678-215-7712. SA Kruger introduced both himself and TFO Rivera and stated agents needed to ask Mrs. Rutland-DiBlasi questions regarding the transfer of her husbands (Dr. John DIBLASI) property to her on January 18, 2020 at the Chatham County Narcotics Team (CNT) office located at 71 Ross Road, Savannah, Georgia 31405 (see DEA-6 titled, "Federal Search Warrant at 2100 NW 42nd Ave, Miami, Florida 33126 and the Acquisition of Exhibits N-36 thru N-38 on January 14, 2019," written by TFO Otilio Rivera). SA Kruger asked Mrs. Rutland-DiBlasi if she would permit him to record their conversation and she stated "Yes".

2. At approximately 11:27 a.m., SA Kruger, as witnessed by TFO Rivera, began recording the interview of Mrs. Rutland-DiBlasi (see attached). It should be noted a copy of this recording was electronically stored in the electronic file room.

3. SA Kruger asked Mrs. Rutland-DiBlasi if she recalled meeting with TFO Rivera and another agent at CNT headquarters on January 18, 2020 to turn property of Dr. DIBLASI'S over to her. Mrs. Rutland-DiBlasi stated she recalled this incident. Mrs. Rutland-DiBlasi stated she could not remember the other agents name but recalled what he looked like. SA Kruger asked Mrs. Rutland-DiBlasi if she was married to Dr. DIBLASI on this day in

| 11. Distribution: Division | 12. Signature (Agent) /s/ Eric W Kruger, SA | 13. Date 11-23-2020 |
|---|---|---|
| District | 14. Approved (Name and Title) /s/ James V Winn, GS | 15. Date 12-01-2020 |
| Other ▮▮▮ | | |

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | **1. File No.** ▇▇▇▇▇  **2. G-DEP Identifier** ▇▇▇▇ |
| | **3. File Title** ▇ ▇▇▇ ▇▇ |
| **4.** Page **2** of **3** | |
| **5. Program Code** | **6. Date Prepared** 11-23-2020 |

question. Mrs. Rutland-DiBlasi stated she was married to Dr. DIBLASI during this time and was in fact still married to him. SA Kruger asked Mrs. Rutland-DiBlasi if she recalled TFO Rivera turning over various items to her to include but not limited to: a Gucci silver in color watch, a U.S. Navy challenge coin, miscellaneous clothing items, Dr. DIBLASI'S passport, an undetermined amount of U.S. currency and various pieces of luggage-type bags. Mrs. Rutland-DiBlasi stated she recalled accepting all these items from TFO Rivera.

4. Mrs. Rutland-DiBlasi stated Dr. DIBLASI had previously advised her to retrieve the items from DEA agents and that he was aware that she was retrieving the items. SA Kruger asked Mrs. Rutland-DiBlasi how he (Dr. DIBLASI) had communicated this to her and she advised Dr. DIBLASI had spoken to her on the phone while he was incarcerated at the Liberty County jail.

5. Mrs. Rutland-DiBlasi stated after receiving the items from TFO Rivera, she transported them to her and Dr. DIBLASI'S residence located at 1710 Liberty Park Dr, Braselton, GA. Mrs. Rutland-DiBlasi stated these items were inside the residence when the house was foreclosed and that she was no longer was in possession of these items.

6. At approximately 11:34 a.m., SA Kruger terminated the recording device and concluded his interview of Mrs. Rutland-DiBlasi.

7. On November 24, 2020, at the request of SA Kruger, TFO Shawn Fields obtained all recorded jail phone calls made by Dr. DIBLASI when he was incarcerated at the Liberty County jail in Hinesville, GA. Dr. DIBLASI was housed at the Liberty County jail following his custodial transfer after being arrested in Miami, FL on December 24, 2018 on federal charges. Dr. DIBLASI was incarcerated at the Liberty County jail between January 2019 and July 2019.

8. SA Kruger examined the contents of the recorded conversations and located three lengthy conversations between Dr. DIBLASI and Mrs. Rutland-DiBlasi on January 18, 2019 (see attached). During these three separate conversations Mrs. Rutland-DiBlasi advised Dr. DIBLASI that she had, earlier that same day, obtained from the DEA Dr. DIBLASI'S personal items

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | 1. File No. ███████████ | 2. G-DEP Identifier ████████ |
|---|---|---|---|
| *(Continuation)* | | 3. File Title ██ ███████ ████████ | |
| 4. **Page  3  of  3** | | | |
| 5. Program Code | | 6. Date Prepared  11-23-2020 | |

that had previously been seized from him by DEA agents in Miami, FL on December 24, 2018. During the conversation that followed, DR. DIBLASI is very appreciative of the fact that Mrs. Rutland-DiBlasi had obtained his personal items and that DEA had relinquished custody of the items in such an expeditious manner. It should be noted all the recorded telephonic communications of Dr. DIBLASI were placed in the electronic file room under this case file.

**INDEXING**

1. DI BLASI, John D.O. - ███████████████.

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.