**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

     v.

JOHN DI BLASI,

     Defendant.

CASE NO.: 4:19-cr-3

## <u>O R D E R</u>

     This matter is currently before the Court on Defendant John Di Blasi's Motion for Return of Property.  (Doc. 36.)  On December 4, 2020, the United States filed a Reply to the Defendant's Response to the Court's prior Order requesting any additional evidence on this Motion.  (Doc. 44.)  The United States attached to its Reply a Report of Investigation from the Drug Enforcement Administration ("DEA") summarizing four phone calls pertinent to Defendant's Motion: (1) a November 23, 2020 phone call between DEA Special Agent Erick Kruger and Defendant's wife; and (2) three phone calls between Defendant and his wife on January 18, 2019.  (Doc. 44-2.)  The Report of Investigation notes that copies of these communications were stored in the DEA's case file.  (<u>Id.</u>)

     The Court hereby **ORDERS** the United States to file electronic recordings of these phone calls with the Clerk of Court within **seven days of the date of this Order**.[1]  Counsel for the United States may contact Judge Baker's Courtroom Deputy Clerk to obtain direction regarding the method for filing these recordings.  Additionally, counsel shall serve copies of these recordings on

---

[1] To the extent any of these phone calls contain information that falls within the ambit of Federal Rule of Civil Procedure 5.2 or which the United States otherwise believes should not be made publicly available on the record of this case, counsel may move the Court to place the respective recording(s) under seal in accordance with this Court's Local Rule 79.7.

Defendant at his address of record through the United States Mail or other reasonable delivery methods.

　　　　**SO ORDERED**, this 3rd day of February, 2021.

_____

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA