# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR 419-3 |
| v. | ) |
| | ) |
| JOHN DI BLASI | ) |

## NOTICE OF FILING OF ELECTRONIC RECORDINGS OF PHONE CALLS AND MOTION TO SEAL UNDER LOCAL RULE 79.7

On February 3, 2020, the Court ordered the United States to file electronic recordings of phone calls pertinent to Defendant John Di Blasi's Motion for Return of Property. (Doc. 45.) The United States hereby provides notice that these electronic recordings will be filed on this date with the Clerk of Court. The United States also will serve copies of these recordings through certified mail to Defendant at his requested address of 4325 Woodside Road, Lawtons, NY 14091-9616.

The United States believes that these phone calls contain private information that should not be made publicly available on the record of this case. Pursuant to Local Rule 79.7, the United States respectfully requests that these electronic records remain under seal until further order of the Court.

Respectfully submitted, this 9th day of February, 2021.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Matthew A. Josephson*
Matthew A. Josephson
Assistant United States Attorney
Georgia Bar No. 367216
Post Office Box 8970
Savannah, Georgia 31412     (912) 652-4422

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney certifies that a copy of this Notice and Motion has been filed on ECF and delivered to the defendant at his requested address of 4325 Woodside Road, Lawtons, NY 14091-9616. The undersigned also has emailed a copy of this Notice and Motion to the attorney of record for Defendant's criminal case.

The undersigned Assistant United States Attorney also certifies that copies of the electronic recordings will be served through certified mail to Defendant at his requested address of 4325 Woodside Road, Lawtons, NY 14091-9616.

Respectfully submitted,

*/s/ Matthew A. Josephson*
Matthew A. Josephson
Assistant United States Attorney
Georgia Bar No. 367216
Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422