## Electronic Audio Recording of Phone Call 1
## dated January 18, 2019

(*Filed by the Government on February 9, 2021, located on CD labeled as *USA v. Di Blasi, 4:19-cr-3 – SEALED Phone call recordings*, and maintained with the Clerk's Office)

