UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: John Di Blasi | Case Number: 4:19CR00003-1 |
| Name of Sentencing Judicial Officer: | Honorable R. Stan Baker<br>United States District Judge<br>Southern District of Georgia |
| Date of Original Sentence: | June 13, 2019 |
| Original Offense: | Conspiracy to unlawfully distribute oxycodone |
| Original Sentence: | 33 months custody; 3 years supervised release; $100 special assessment |
| Type of Supervision: | Supervised Release |
| Date Supervision Commences (Projected): | June 20, 2021 |
| Assistant United States Attorney: | John Thomas Clarkson and Matthew A. Josephson |
| Defense Attorney: | Paul Mooney |

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

The defendant shall participate in a program for substance abuse, including substance abuse testing such as urinalysis and other testing, and shall undergo a drug/alcohol evaluation and treatment if substance abuse is indicated by the testing. The probation officer will supervise the details of any testing and treatment, including the selection of a treatment provider and schedule. If in-patient treatment is recommended, however, it must be approved by the Court unless the defendant consents. The defendant is not to leave treatment until completion or as ordered by the Court. While in treatment and after discharge from treatment, the defendant is to abstain from the use of alcohol. The defendant is required to contribute to the cost of services rendered.

Prob 12B  
(08/18)

Request for Modifying the Conditions or Term of Supervision

Re: John Di Blasi  
Case Number:  4:19CR00003-1  
Page 2

## CAUSE

On June 20, 2021, John Di Blasi is projected to be released from the custody of the Bureau of Prisons to commence his term of supervised release.  Di Blasi is requesting to transfer his supervision to the Western District of New York.  The United States Probation Office in the Western District of New York has requested that the Court modify the offender's conditions of supervised release to include the above referenced substance abuse treatment condition.  The probation officer notes that Di Blasi was a weekly user of cocaine at the time of his arrest for the instant offense.  On April 20, 2021, Di Blasi signed the attached Probation Form 49, waiving his right to counsel and his right to an appearance before the Court.

Respectfully submitted,

Ernest Orlando  
United States Probation Officer  
Date:  April 22, 2021

Reviewed by:

Stephen C. Highsmith  
Supervisory United States Probation Officer

THE COURT ORDERS:

[ ]   No Action  
[ ]   The Extension of Supervision as Noted Above  
[✓]   The Modification of Conditions as Noted Above  
[ ]   Other

R. Stan Baker  
United States District Judge  
Southern District of Georgia

April 30, 2021  
Date

PROB 49
(Revised 11/98)

# United States District Court
## Southern District of Georgia

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I further understand that all previously imposed conditions will remain in effect.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a program for substance abuse, including substance abuse testing such as urinalysis and other testing, and shall undergo a drug/alcohol evaluation and treatment if substance abuse is indicated by the testing. The probation officer will supervise the details of any testing and treatment, including the selection of a treatment provider and schedule. If in-patient treatment is recommended, however, it must be approved by the Court unless the defendant consents. The defendant is not to leave treatment until completion or as ordered by the court. While in treatment and after discharge from treatment, the defendant is to abstain from the use of alcohol. The defendant is required to contribute to the cost of services rendered.

Witness: Zachary C. Albright, Case Manager

Signed: John DiBlasi

Date: April 20, 2021