| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 4:19CR00003-1 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| John Di Blasi<br>14011 Hoffman Road<br>Springville, New York 14141 | Southern District of Georgia | Savannah |
| | NAME OF SENTENCING JUDGE | |
| | Honorable R. Stan Baker<br>United States District Judge<br>Southern District of Georgia | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 6/18/2021 — TO 6/17/2024 |

**OFFENSE**

21 U.S.C. §§ 841(a)(1) and 846, 21 U.S.C. § 841 (b)(1)(C), and 18 U.S.C. § 2    Conspiracy to unlawfully distribute oxycodone

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____SOUTHERN____ DISTRICT OF ____GEORGIA____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Western District of New York____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 1, 2021
*Date*

*R. Stan Baker*
*United States District Judge*
*Southern District of Georgia*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Western____ DISTRICT OF ____New York____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9-13-21
*Effective Date*

*United States District Judge*